No. 00–1899. DOBRIN *v.* STATE FARM FIRE & CASUALTY. C. A. 9th Cir. Certiorari denied.

No. 00–1900. ROSS ET AL. *v.* FEDERAL HIGHWAY ADMINISTRATION ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–1901. SCHACHTER ET UX. *v.* ROSSOTTI, COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 00–1902. FIRETAG *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied.

No. 00–1903. GALLAND ET UX. *v.* CITY OF CLOVIS ET AL. Sup. Ct. Cal. Certiorari denied.

No. 00–1904. PIDDINGTON *v.* WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 00–1905. CONNOR *v.* PHILLIPS. Sup. Ct. N. J. Certiorari denied.

No. 00–1906. CARDONA-RIVERA *v.* MISSOURI. Ct. App. Mo., Southern Dist. Certiorari denied.

No. 00–1907. AFFRONTI ET AL. *v.* LIPPMAN, CHIEF ADMINISTRATOR OF THE COURTS OF NEW YORK STATE AND AS REPRESENTATIVE OF THE ADMINISTRATIVE BOARD OF THE JUDICIAL CONFERENCE OF THE STATE OF NEW YORK, ET AL. Ct. App. N. Y. Certiorari denied.

No. 00–1908. GURARY *v.* UNITED DIAGNOSTIC, INC. C. A. 2d Cir. Certiorari denied.

No. 00–1909. VAN WYK *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 00–1910. BADER *v.* ARKANSAS. Sup. Ct. Ark. Certiorari denied.